1062

KATHERYN M. WADE, *Appellant*, v. ELROY G. HULSE, ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for Yakima
County, No. 99-2-02064-1, Michael W. Leavitt, J., entered
March 30, 2001. *Affirmed* by unpublished opinion per Kato,
J., concurred in by Brown, A.C.J., and Schultheis, J.

[No. 20253-4-III.   Division Three.   March 14, 2002.]

JULIA BALASSA, *Appellant*, v. PINES BAPTIST CHURCH OF
OPPORTUNITY, WASHINGTON, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 00-2-06615-0 James M. Murphy, J., en-
tered March 14, 2001. *Affirmed* by unpublished opinion per
Sweeney, J., concurred in by Brown, A.C.J., and Schultheis,
J.

[No. 25505-7-II.   Division Two.   March 15, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM M.
HARGRAVE, *Appellant*.

Appeal from a judgment of the Superior Court for Mason
County, No. 99-1-00246-6, James B. Sawyer II, J., entered
January 13, 2000. *Affirmed in part* and *reversed in part* by
unpublished opinion per Armstrong, C.J., concurred in by
Seinfeld and Bridgewater, JJ.

[No. 25746-7-II.   Division Two.   March 15, 2002.]

BARBARA ANN BENITZ, *Respondent*, v. ROBERT DANIEL BENITZ,
*Appellant*.

Appeal from a judgment of the Superior Court for Mason
County, No. 90-3-00172-2, Terence Hanley, J. Pro Tem.,
entered February 17, 2000. *Affirmed* by unpublished opin-
ion per Houghton, J., concurred in by Hunt, A.C.J., and
Seinfeld, J.